UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                              Crim. No. 25-119(1) (PAM/JFD)

　　　　　Plaintiff,

v.                                                                          **ORDER**

Christian Balmore Gonzalez-Aguilar,

　　　　　Defendant.
_____

　　　This matter is before the Court on Defendant Christian Balmore Gonzalez-Aguilar's

Motion for an extension of time to file sentencing position pleadings.  The Court finds that

such an extension is warranted.

　　　Accordingly, **IT IS HEREBY ORDERED that:**

1.　　　Defendant's Motion (Docket No. 113) is **GRANTED**; and

2.　　　The parties' sentencing position pleadings are due on or before March 19,

　　　2026.

Dated: March 11, 2026                              s/ Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge